UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN T. HAMPTON : | |
| Debtor : | Chapter 13 |
| : | Case No. 16-17626 |

## CHAPTER 13 PLAN

Alan T. Hampton, Debtor, through her attorney, files her Chapter 13 Plan as follows:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay the Trustee as follows:

    - $850.00 a month for 60 months.

2. From the payments received, the Trustee shall make disbursements as follows:

    a) Full payment of all claims entitled to priority under 11 U.S.C. §507:

    - Robert M. Kline, Esquire        $2,500.00
    - Trustee fee/commission

    b) Holders of secured claims shall retain their liens and shall be paid as follows:

    - Allowed secured claim of Wells Fargo Bank to be paid as follows: Arrears of $19,000.00 (or in such amount as determined by court) in plan, Debtor to make post-petition payment directly outside plan.

    - Allowed Secured claim of Internal Revenue Service $19,000.00 (or in such amount as determined by court) to be paid in full within plan.

    c) Any remaining funds, shall be distributed pro rata to unsecured non- priority creditors whose claims are allowed.

3. The following executory contracts are rejected:   N/A

4. Title to Debtor's property shall revest in the Debtor on confirmation of a plan, or upon dismissal of the case after confirmation.

/s/ Robert M. Kline

Robert M. Kline, Esquire

P.O. Box 18806

Philadelphia, PA 19119

Tel. 215-990-9490

Email: rmklinelaw@aol.com

Attorney for Debtor

Dated: December 6, 2016